ANNETTE MACRI and JOSEPH MACRI, Appellants, v. BROOKLYN BUS CORPORATION and PETER O'BRIEN, Respondents, and LOUIS ONETO, Defendant.— Action by plaintiff-wife to recover damages for personal injuries sustained by reason of the sudden stopping of a bus, and by plaintiff-husband to recover for loss of services and expenses. Judgment in favor of respondents unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY DENNER, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens [County of Queens], convicting the defendant of the crime of petit larceny, reversed on the law and the facts, the information dismissed, and the defendant discharged. The finding of the eye-glass case of the complaining witness in the Plymouth automobile was not sufficient evidence, under the facts and circumstances of this case, to establish the guilt of the defendant beyond a reasonable doubt. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.